**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Trinidad CONTRERAS–AVINA,**
**Defendant–Appellant.**

No. 13–30276.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted July 11, 2014.

Filed July 28, 2014.

Alexander C. Ekstrom, Assistant U.S., Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Alison K. Guernsey, Assistant Federal Public Defender, Federal Defenders of Eastern Washington & Idaho, Yakima, WA, for Defendant–Appellant.

Before: ALARCÓN, TASHIMA, and MURGUIA, Circuit Judges.

## ORDER *

The parties' revised joint motion to vacate and remand is granted.

Defendant–Appellant Contreras–Avina's conviction is vacated, the district court's order denying the motion to dismiss the indictment is vacated, and the case remanded to the district court to stay further proceedings on the following conditions:

* This disposition is not appropriate for publication and is not precedent except as provided

1. Contreras–Avina shall promptly file a motion to reopen with the Board of Immigration Appeals ("BIA") and for such other relief as he deems appropriate.

2. Contreras–Avina shall promptly inform the district court when the BIA has ruled on his motion(s).

3. This stay shall expire when the BIA has ruled on Contreras–Avina's motion(s).

4. Upon the expiration of this stay, the district court shall resume further proceedings in this case (including whether to issue any further stays), for such further proceedings as it deems necessary and appropriate.

This panel shall retain jurisdiction over any further appeals in this case.